506 A.2d 896

**INDEPENDENCE HALL PARKING, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 3, 1985.

Decided March 31, 1986.

Craig R. Shagin, Michael Sklaroff, James D. Crawford, Philadelphia, for appellant.

Andrew Cline, Harrisburg, for Dept. of Transp.

Richard D. Solo, Philadelphia, for Blara Parking Corp.—intervenor.

Stanley Shingles, Philadelphia, for Thomas, Jenkins & Patrizi.

Michael J. Stack, Philadelphia, for Provenzano.

James J. Kutz, Deputy Atty. Gen.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

### ORDER

PER CURIAM.

AND NOW, this 31st day of March, 1986, the Commonwealth Court's order affirming the Philadelphia Common Pleas' denial of equitable relief is affirmed. This order is without prejudice to any other actions for non-equitable relief that appellant may institute.